**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JAMES G. SEAMAN, | : | No. 156 MM 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JEFFREY D. LEHRMAN, D.P.M. FOOT & | : | |
| ANKLE SPECIALISTS OF DELAWARE | : | |
| COUNTY, LLC, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 19th day of January, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.